AO 442 (Rev 11 11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

**MAY 28 2025**

· CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   5:24-CR-00310-FB-1 |
| Trevin Wayne Michael Boone | ) | |
| | ) | |
| | ) | **U.S. MARSHALS** |
| | ) | **RECEIVED** |
| | ) | |
| *Defendant* | | **MAY 19 2025** |

**ARREST WARRANT**

SAN ANTONIO, TX
ENFORCEMENT SECTION

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Trevin Wayne Michael Boone                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

See attached Order

Date:    05/19/2025

*Veronica Leyva*
*Issuing officer's signature*

City and state:    San Antonio, TX

Veronica Leyva, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/23/25 , and the person was arrested on *(date)*  5/23/25 at *(city and state)*  Vidor, Texas |
| Date:  5/27/25                     *Arresting officer's signature* |
| L. Yarbrough; DUSM
*Printed name and title* |